UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRANCE MCGUIRE, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                                 **NO. 06-2623**

**AMERICAN SOUTHERN HOME**                              **SECTION "K"(3)**
**INSURANCE COMPANY, ET AL.**

## ORDER

A Motion for Remand (Doc. 4) came for hearing before the Honorable Stanwood R. Duval, Jr. this day, and for the reasons assigned in open court, finding that there is a possibility of recovery against the in-state insurance broker, Deidra R. Lopez and Lopez and Lopez Insurance, L.L.C., and thus, there is no complete diversity of jurisdiction as between the parties,

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1447(c), the Motion to Remand is **GRANTED** as to the request for remand and **DENIED** with respect to an assessment of attorneys' fees and costs, and this matter is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 28th day of July, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**